**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG 1 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| LENT CHRISTOPHER CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-506 |
| | ) | |
| ERIC HIMPTON HOLDER, JR. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

The Court has allowed the above-captioned action to be provisionally filed. Before the

Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the

plaintiff was directed to submit a certified copy of his trust fund account statement (or

institutional equivalent), including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint, obtained from the appropriate official of each

prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date, the plaintiff has

not submitted the required financial information. Accordingly, the Court will dismiss the

complaint and this action. An Order accompanies this Memorandum Opinion.

United States District Judge

DATE: 8/1•/12